JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Edwin Figueroa,

     Plaintiff,

vs.

Autozone West, Inc., et al,

     Defendants.

_____/

Case No. CV13-01736 RGK (VBKx)

**[~~Proposed~~] Order re: Joint Stipulation for Dismissal**

     Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa, and defendants AutoZone West, Inc. dba AutoZone #5371; and Tag Enterprises, LLC,

     IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:  August 27, 2013

_____/

United States District Judge

*Figueroa v. AutoZone West, Inc., et al.*                     Case No. CV13-01736 RGK (VBKx)
**Order re: Joint Stipulation for Dismissal**
Page 1